**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Ashley Pierrelouis, | : |
| | : |
| | : Civil Action No.:  1:14-cv-13738-JGD |
| Plaintiff, | : |
| v. | : |
| | : |
| RGS Financial, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
### PURSUANT TO RULE 41(a)

Ashley Pierrelouis ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 24, 2015

              Respectfully submitted,

              By: /s/ Sergei Lemberg
                Sergei Lemberg, Esq.
                BBO No.: 650671
                Lemberg Law, L.L.C.
                1100 Summer Street, 3rd Floor
                Stamford, CT 06905
                Telephone: (203) 653-2250
                Facsimile:  (203) 653-3424
                Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 24, 2015, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                By /s/ Sergei Lemberg
                  Sergei Lemberg